IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DAN CARMAN, COIN CENTER, QUIET INDUSTRIES CORP., and RAYMOND WALSH, | ) ) ) ) |
| Plaintiffs-Appellants | ) ) ) No. 23-5662 |
| v. | ) ) |
| JANET YELLEN, in her official capacity as Secretary of the Treasury, U.S. DEPARTMENT OF THE TREASURY, CHARLES P. RETTIG, in his official capacity as Commissioner of Internal Revenue, INTERNAL REVENUE SERVICE, MERRICK B. GARLAND, in his official capacity as Attorney General, and UNITED STATES OF AMERICA, | ) ) ) ) ) ) ) ) ) ) ) |
| Defendants-Appellees | ) |

**APPELLEES' UNOPPOSED MOTION FOR
AN ADDITIONAL 14-DAY EXTENSION OF TIME TO
FILE THEIR ANSWERING BRIEF**

Appellees Janet Yellen (in her official capacity as Secretary of the Treasury), U.S. Department of the Treasury, Charles P. Rettig (in his official capacity as Commissioner of Internal Revenue), Internal Revenue Service, Merrick B. Garland (in his official capacity as Attorney General), and the United States of America (collectively, "the Government") respectfully request an additional 14-day extension of

time, from November 20, 2023, to December 4, 2023, within which to file and serve their answering brief.  Counsel for the appellants have indicated that they consent to the requested extension.  As good cause for granting this motion, counsel for the Government represents as follows:

    1.    I am an attorney employed in the Appellate Section of the Tax Division of the United States Department of Justice.  In that capacity, I have been assigned the primary responsibility for representing the interests of the Government in the above-captioned appeal.

    2.    Appellants timely filed their opening brief on September 19, 2023.  The Government's answering brief is currently due November 20, 2023, following one 30-day extension.

    3.    Despite exercising diligence, I am unable to file the Government's answering brief by the current deadline, as set forth below.

    4.    This case involves appellants' pre-enforcement challenge to a recent amendment to Section 6050I of the Internal Revenue Code ("I.R.C.") (26 U.S.C.).  In that amendment, Congress extended certain

reporting obligations, long applicable to transactions involving cash and cash equivalents, to transactions involving digital assets. I.R.C. § 6050I(d)(3). Appellants asserted five constitutional challenges to the amended Section 6050I, including challenges under the First, Fourth, and Fifth Amendments. The District Court dismissed appellants' suit in its entirety for lack of jurisdiction.

    5.    In accordance with the standard procedures of the Department of Justice, Tax Division, my draft of the Government's answering brief in this case, like all other briefs filed by our office, must be reviewed by a supervisory attorney before it is filed. Furthermore, the Government's answering brief must be reviewed by the trial attorneys that handled this case in the District Court and attorneys in the Internal Revenue Service Office of Chief Counsel.

    6.    After seeking and obtaining the prior 30-day extension in this case, I had to meet obligations in other cases. I filed the Government's reply brief in *Green Rock LLC v. Internal Revenue Serv., et al.*, No. 23-11041 (11th Cir.), on October 6, 2023. I also served as a judge in a moot court on October 19, 2023, in preparation for a colleague's presentation of oral argument in *Rueda v. Yellen, et al.*,

No. 22-1584 (4th Cir.), on October 26, 2023. Later this week, I will serve as a judge in a moot court on November 9, 2023, in preparation for a colleague's presentation of oral argument in *Mann Construction, Inc., et al. v. United States*, No. 23-1138 (6th Cir.) on November 17, 2023.

7. In addition, I spent multiple days during the weeks of October 23, 2023, and October 30, 2023, caring for one of my minor children, who was unable to attend school due to illness.

8. The appellants' brief in this case is 10,912 words and presents multiple jurisdictional issues, each of which has multiple sub-issues. Although the appellants have addressed the jurisdictional issues for all five of their constitutional challenges together, the Government believes that jurisdiction must be addressed separately for each constitutional challenge. Separately researching and addressing jurisdiction for each constitutional challenge has taken more time than I originally anticipated.

9. During the period covered by the requested extension, I must also prepare for and participate in a mediation scheduled for November 21, 2023, in *CIC Services, LLC v. Internal Revenue Serv., et*

*al.*, No. 23-5886 (6th Cir.). Furthermore, I must prepare to present oral argument in *Monte Silver, et al. v. United States*, No. 23-5049 (D.C. Cir.), on December 8, 2023.

10. Moreover, the period covered by the requested extension includes Thanksgiving, which falls on November 23, 2023. Many supervisory attorneys in the Tax Division, as well as attorneys in the Internal Revenue Service Office of Chief Counsel, take leave on the days immediately preceding and immediately following the Thanksgiving holiday (*i.e.*, November 22, 2023, and November 24, 2023).

11. Based on the foregoing, the requested extension is necessary to provide me with adequate time to review the record, research the issues, prepare a draft of the Government's answering brief that will be of maximum assistance to the Court, and have the draft undergo the review process described above.

12. Prior to filing this motion, I conferred with counsel for the appellants, Cameron Norris, who represented that the appellants consent to the requested extension.

WHEREFORE, the Government respectfully requests that the Court grant this unopposed motion for an additional 14-day extension of time, until December 4, 2023, to file its answering brief.

/s/ Geoffrey J. Klimas
GEOFFREY J. KLIMAS
*Attorney*
*Tax Division*
*Department of Justice*
*Post Office Box 502*
*Washington, D.C. 20044*
Geoffrey.J.Klimas@usdoj.gov
Appellate.TaxCivil@usdoj.gov

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | |
|---|---|
| DAN CARMAN, COIN CENTER, QUIET INDUSTRIES CORP., and RAYMOND WALSH, <br><br>  Plaintiffs-Appellants <br><br> v. <br><br> JANET YELLEN, in her official capacity as Secretary of the Treasury, U.S. DEPARTMENT OF THE TREASURY, CHARLES P. RETTIG, in his official capacity as Commissioner of Internal Revenue, INTERNAL REVENUE SERVICE, MERRICK B. GARLAND, in his official capacity as Attorney General, and UNITED STATES OF AMERICA <br><br> Defendants-Appellees | ) ) ) ) ) ) ) No. 23-5662 ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DECLARATION**

Geoffrey J. Klimas, of the Department of Justice, Tax Division, Appellate Section, Washington, D.C., states as follows:

I am the attorney responsible for drafting the Government's answering brief in this case. The facts in support of, and the reasons for, the Government's request for an additional 14-day extension of time to file its answering brief are true and correct to the best of my knowledge.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 7th day of November, 2023, in Washington, D.C.

        <u>/s/ Geoffrey J. Klimas</u>
        GEOFFREY J. KLIMAS
         *Attorney*

# CERTIFICATE OF COMPLIANCE

With Type-Volume Limitation, Typeface Requirements,
and Type Style Requirements

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d) because:

   [X] this motion contains 1,114 words, excluding the parts thereof exempted by Fed. R. App. P. 32(a)(7)(B)(iii), *or*

   [ ] this motion uses a monospaced typeface and contains [*state the number of*] lines of text, excluding the parts thereof exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

   [X] this motion has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Century Schoolbook, *or*

   [ ] this motion has been prepared in a monospaced typeface using [*state name and version of word processing program*] with [*state number of characters per inch and name of type style*].

(s)  /s/ Geoffrey J. Klimas

Attorney for Appellees

Dated: November 7, 2023